RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com
msteinhardt@gordonrees.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
FEDEX GROUND PACKAGE SYSTEM, INC.,
Erroneously sued and served as FEDEX GROUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation; FEDEX GROUND, a corporation; DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-01112-JAM-KJN<br><br>*Judge John A. Mendez*<br><br>**ORDER TO<br>CONTINUE HEARING DATE**<br><br>Complaint Filed:  May 22, 2015<br>Complaint Served:  June 6, 2015 |

Pursuant to the joint stipulation entered into by and between the parties to continue the motion for summary judgment hearing date in this matter and for good cause shown, the hearing date in this matter is hereby continued from July 19, 2016, to August 9, 2016 at 1:30 p.m. All other deadlines issued in the 9/23/2015 Minute Order are to remain in effect.

IT IS SO ORDERED.

Dated: 6/24/2016             /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             U.S. DISTRICT COURT JUDGE

-1-     2:15-cv 01112-JAM-KJN
PROPOSED ORDER TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING DATE