**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN THOMAS, | CASE NO. 2:15-cv-01112-JAM-KJN |
| Plaintiff, | *Judge John A. Mendez* |
| vs. | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY, a corporation; FEDEX GROUND, a corporation; DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   May 22, 2015<br>Complaint Served: June 6, 2015 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED:

Dated:  11/22/2016                    /s/ John A. Mendez_____
                                      John A. Mendez
                                      United States District Court Judge

-1-                                   2:15-cv-01112-JAM-KJN
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE